

1  Howard O. Boltz, Jr. (#070212)
   BRYAN CAVE, LLP
2  120 Broadway, Suite 300
   Santa Monica, California 90401-2305
3  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
4
   Terry E. Fenzl (pro hac vice)
5  C. Mark Kittredge (pro hac vice)
   Andrew Y. Chiu (pro hac vice)
6  BROWN & BAIN, P.A.
   Post Office Box 400
7  Phoenix, Arizona 85001-0400
   Telephone: (602) 351-8000
8  Facsimile: (602) 351-8516
9
10 Attorneys for Nullsoft, Inc.



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| 12 | PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership, | No. 99-02494 AHM (Mcx) |
| 13 | | |
| 14 | Plaintiffs, | STIPULATION FOR CONTINUANCE OF HEARING ON MOTION OF COUNTERCLAIM DEFENDANTS PLAYMEDIA SYSTEMS, INC. AND ADVANCED MULTIMEDIA PRODUCTS TO DISMISS |
| 15 | vs. | |
| 16 | NULLSOFT, INC., an Arizona corporation; JUSTIN FRANKEL, an individual; and DOES 1-10, inclusive, | |
| 17 | | |
| 18 | Defendants. | [~~PROPOSED~~] ORDER THEREON |
| 19 | NULLSOFT, INC., an Arizona corporation, | DATE: May 24, 1999 |
| 20 | Counterclaim Plaintiff, | TIME: 10:00 a.m. |
| 21 | vs. | CTRM: 14, Hon. A. Howard Matz |
| 22 | PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership, | |
| 23 | | |
| 24 | Counterclaim Defendants, | |
| 25 | and | |
| 26 | BRIAN LITMAN and TOMISLAV UZELAC, | |
| 27 | | |
| 28 | Counterclaim Third-Party Defendants. | |

The parties stipulate that the hearing currently scheduled for May 24, 1999 at 10:00 a.m. on the Motion of Counterclaim Defendants PlayMedia Systems, Inc. and Advanced Multimedia Products to Dismiss, shall be continued for three weeks until June 14, 1999 at 10:00 a.m. Counterclaim Plaintiff's opposition papers shall be due to be filed by May 24, 1999 and any reply papers shall be due to be filed by June 7, 1999.

May 6, 1999.

BROWN & BAIN, P.A.

By _C. Mark Kittredge_
Terry E. Fenzl
C. Mark Kittredge
Andrew Y. Chiu
BROWN & BAIN, P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona 85001-0400

Howard O. Boltz, Jr.
BRYAN CAVE, LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2305

Attorneys for Nullsoft, Inc.

GRADSTEIN, LUSKIN & VAN DALSEM

By _Bruce E. Van Dalsem_
Henry D. Gradstein, Esq.
Bruce E. Van Dalsem, Esq.
Edward J. Slizewski, Esq.
GRADSTEIN, LUSKIN & VAN DALSEM
12100 Wilshire Boulevard, Suite 350
Los Angeles, California 90025-7103

Attorneys for PlayMedia Systems, Inc. and Advanced Multimedia Products

IT IS SO ORDERED.
DATED: May 7, 1999

_A. Howard Matz_
A. HOWARD MATZ
United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Gradstein, Luskin & Van Dalsem, 12100 Wilshire Boulevard, Suite 350, Los Angeles, California 90025.

On May 7, 1999, I served the foregoing document described as **STIPULATION FOR CONTINUANCE OF HEARING ON MOTION OF COUNTERCLAIM DEFENDANTS PLAYMEDIA SYSTEMS, INC. AND ADVANCED MULTIMEDIA PRODUCTS TO DISMISS [PROPOSED] ORDER THEREON** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

XIX    BY MAIL - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

XIX    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 7, 1999 at Los Angeles, California.

___ BY FAX: I transmitted a true and correct copy thereof via facsimile machine to the offices of the parties on the attached Service List. I caused the copy to be transmitted from a facsimile machine at Gradstein, Luskin & Van Dalsem, P.C., (310) 571-1717 or (310) 571-1716. The transmission was reported and completed without error. A copy of the transmission report is attached hereto.

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XIX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Lorena Lazheztter
Type or Print Name                    Signature

GRADSTEIN, LUSKIN
& VAN DALSEM
12100 Wilshire Blvd.
Suite 350
Los Angeles, CA 90025
(310) 571-1700

K:\61DOCS\PLAYMEDI\CAPTION.DOC

**PROOF OF SERVICE LIST**

Howard O. Boltz, Jr., Esq.
Byran Cave, LLP
120 Broadway
Suite 300
Santa Monica, California 90401-2305
310.576.2200 - Telecopier Number

Terry E. Fenzl, Esq.
C. Mark Kittredge, Esq.
Brown & Bain, P.A.
2901 North Central Avenue
P.O. Box 400
Phoenix, Arizona 85001-0400
602.351.8516 - Telecpier Number

ADSTEIN, LUSKIN
& VAN DALSEM
100 Wilshire Blvd.
Suite 350
Angeles, CA 90025
(310) 571-1700

K:\61DOCS\PLAYMEDI\CAPTION.DOC