1  HENRY D. GRADSTEIN, ESQ. (SBN 089747)
   BRUCE E. VAN DALSEM, ESQ. (SBN 124128)
2  EDWARD J. SLIZEWSKI, ESQ. (SBN 160526)
   GRADSTEIN, LUSKIN & VAN DALSEM
3  A Professional Corporation
   12100 Wilshire Boulevard, Suite 350
4  Los Angeles, California 90025-7103
   Telephone:    (310) 571-1700
5  Facsimile:    (310) 571-1717

6  Attorneys for Plaintiffs and Counterclaim
   Defendants PLAYMEDIA SYSTEMS, INC. and
7  ADVANCED MULTIMEDIA PRODUCTS

```
                              FILED
               CLERK, U.S. DISTRICT COURT

                       MAY 7 1999

               CENTRAL DISTRICT OF CALIFORNIA
               BY                        DEPUTY
```

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

| | |
|---|---|
| 11 PLAYMEDIA SYSTEMS, INC., a California corporation and ADVANCED MULTIMEDIA PRODUCTS, a partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>NULLSOFT, INC., an Arizona corporation and JUSTIN FRANKEL, an individual,<br><br>Defendants. | CASE NO.: CV 99-2494 AHM (Mcx)<br><br>STIPULATION FOR THE ISSUANCE OF A PRELIMINARY INJUNCTION; AND<br><br>PRELIMINARY INJUNCTION<br><br>DATE:   May 10, 1999<br>TIME:   10:00 a.m.<br>CTRM:   14, Hon. A. Howard Matz |
| NULLSOFT, INC., an Arizona corporation,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>PLAYMEDIA SYSTEMS, INC., a California corporation and ADVANCED MULTIMEDIA PRODUCTS, a partnership,<br><br>Counterclaim Defendants. | |
| and<br><br>BRIAN LITMAN and TOMISLAV UZELAC,<br><br>Counterclaim Third-Party Defendants. | |

ENTERED ON ICMS

K:\6\DOCS\PLAYMED\INJUNCST.001

1. Plaintiff PlayMedia Systems, Inc. ("PlayMedia") and Defendant Nullsoft, Inc. ("Nullsoft"), by and through their undersigned counsel, hereby stipulate to the issuance of a preliminary injunction in the form attached hereto, based upon the following:

WHEREAS, on April 14, 1999, Plaintiff PlayMedia Systems, Inc. ("PlayMedia") filed a motion for a preliminary injunction ("the Motion") seeking to prohibit Defendant Nullsoft, Inc. ("Nullsoft") from transferring, distributing, selling, licensing, copying, using, or authorizing the transfer, distribution, sale, licensing, copying, use or manufacturing of any version of Nullsoft's computer program Winamp that contains PlayMedia's AMP MP3 decoder and further enjoining Nullsoft from such activities with respect to the AMP MP3 decoder standing alone.

WHEREAS, on April 26, Nullsoft filed opposition to the Motion;

WHEREAS, on May 3, 1999, PlayMedia filed its reply in support of the Motion;

WHEREAS, as of May 3, 1999, Nullsoft has ceased distributing the MP3 decoder known as "Nitrane" and, in its place, Nullsoft began distributing an MP3 decoder developed by and licensed from the Fraunhofer Institute, a German research organization;

WHEREAS, PlayMedia has asked for assurance that Nullsoft will not in the future use or distribute the Nitrane MP3 decoder, which Nullsoft is willing to give because it does not have any plan to use or distribute the Nitrane MP3 decoder; and

WHEREAS, by entering into this stipulation, Nullsoft makes no admission and preserves all of its defenses for trial.

///
///
///
///
///
///
///
///
///

GRADSTEIN, LUSKIN
& VAN DALSEM
12100 Wilshire Blvd.
Suite 350
Los Angeles, CA 90025
(310) 571-1700

K:\6\DOCS\PLAYMED\INJUNCST.001

1

1       THEREFORE, the parties stipulate to the issuance of the Preliminary Injunction in the

2 form which follows the signatures of their counsel.

4 DATED: May 6, 1999        GRADSTEIN, LUSKIN & VAN DALSEM
                                         A Professional Corporation

                                         By: _____
                                               BRUCE E. VAN DALSEM
                                         Attorneys for Plaintiffs and Counter-Claimants
                                         PLAYMEDIA SYSTEMS, INC. and ADVANCED
                                         MULTIMEDIA PARTNERS

DATED: May 6, 1999        BROWN & BAIN, P.A.

                                         By: _____
                                               C. MARK KITTREDGE
                                         Attorneys for Defendant and Counterclaimant
                                         NULLSOFT, INC.

Based upon the forgoing stipulation between the parties,

IT IS HEREBY ORDERED that Defendant Nullsoft, Inc. and each of its officers, agents, servants, employees and all those acting at Nullsoft's direction, are preliminarily enjoined during the pendency of this action from transferring, distributing, selling, licensing, copying, using, manufacturing or causing or authorizing the transfer, distribution, sale, licensing, copying, use or manufacturing of the Nitrane MP3 decoder or the AMP MP3 decoder, whether as a stand alone program or as a part of any other product or program, including without limitation, Winamp. Nullsoft is not restrained in any way from transferring, distributing, selling, licensing, copying, using or manufacturing Winamp without the Nitrane MP3 decoder or the AMP MP3 decoder, and Nullsoft is not restrained in any way from transferring, distributing, selling, licensing, copying, using or manufacturing the Fraunhofer MP3 decoder, either as a stand alone product or as a part of any other product or program.

GRADSTEIN, LUSKIN
& VAN DALSEM
100 Wilshire Blvd.
Suite 350
Angeles, CA 90025
(310) 571-1700

K:\61\DOCS\PLAYMED\INJUNCST.001        2

IT IS FURTHER ORDERED that Plaintiffs shall not be required to post a bond with respect to this preliminary injunction.

DATED: May 7, 1999

A. HOWARD MATZ
United States District Judge

BRADSTEIN, LUSKIN
& VAN DALSEM
2100 Wilshire Blvd.
Suite 350
Angeles, CA 90025
(310) 571-1700

K:\61DOCS\PLAYMED\INJUNCST.001

3

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Gradstein, Luskin & Van Dalsem, 12100 Wilshire Boulevard, Suite 350, Los Angeles, California 90025.

    On May 7, 1999, I served the foregoing document described as **STIPULATION FOR THE ISSUANCE OF A PRELIMINARY INJUNCTION; AND PRELIMINARY INJUNCTION** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

**XIX**     BY MAIL - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    **XIX** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 7, 1999 at Los Angeles, California.

___     (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

___     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XIX**     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

LORENA LAZHEZTTER
Type or Print Name           Signature



GRADSTEIN, LUSKIN
& VAN DALSEM
12100 Wilshire Blvd.
Suite 350
Angeles, CA 90025
(310) 571-1700

K:\61DOCS\PLAYMED\CAPTION.DOC

## PROOF OF SERVICE LIST

Howard O. Boltz, Jr., Esq.
Byran Cave, LLP
120 Broadway
Suite 300
Santa Monica, California 90401-2305
310.576.2200 - Telecopier Number

Terry E. Fenzl, Esq.
C. Mark Kittredge, Esq.
Brown & Bain, P.A.
2901 North Central Avenue
P.O. Box 400
Phoenix, Arizona 85001-0400
602.351.8516 - Telecpier Number

RADSTEIN, LUSKIN
& VAN DALSEM
2100 Wilshire Blvd.
Suite 350
Angeles, CA 90025
(310) 571-1700

K:\61DOCS\PLAYMED\CAPTION.DOC