UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV99-2494-AHM(MCX)     Date and Filed:   5-27-99

Title:   PLAYMEDIA SYSTEMS, INC., ET AL -V- NULLSOFT, INC., ET AL

PRESENT:

**THE HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE**

M. Borgarding                 Not Reported
Courtroom Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance

PROCEEDING:   IN CHAMBERS

The Plaintiff/Counterclaimants' Motion to Dismiss, presently set for
July 6, 1999 is advanced to June 28, 1999, 10 a.m.  Opposition and reply
are due in accordance with the local rules.

MINUTES FORM 11                          Initials of Deputy Clerk
CIVIL - GEN

ENTERED ON ICMS