| | |
|---|---|
| 1 | Howard O. Boltz, Jr. (#070212)<br>BRYAN CAVE, LLP |
| 2 | 120 Broadway, Suite 300<br>Santa Monica, California 90401-2305 |
| 3 | Telephone: (310) 576-2100<br>Facsimile: (310) 576-2200 |
| 4 | |
| 5 | Terry E. Fenzl (pro hac vice)<br>C. Mark Kittredge (pro hac vice) |
| 6 | Andrew Y. Chiu (pro hac vice)<br>BROWN & BAIN, P.A. |
| 7 | Post Office Box 400<br>Phoenix, Arizona 85001-0400 |
| 8 | Telephone: (602) 351-8000<br>Facsimile: (602) 351-8516 |
| 9 | Attorneys for Nullsoft, Inc. |

Sent

FILED
CLERK, U.S. DISTRICT COURT

MAY 26 1999

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

MAY 20 1999

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership,<br><br>       Plaintiffs,<br><br>vs.<br><br>NULLSOFT, INC., an Arizona corporation; JUSTIN FRANKEL, an individual; and DOES 1-10, inclusive,<br><br>       Defendants.<br><br>NULLSOFT, INC., an Arizona corporation,<br><br>       Counterclaim Plaintiff,<br><br>vs.<br><br>PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership,<br><br>       Counterclaim Defendants,<br><br>and<br><br>BRIAN LITMAN and TOMISLAV UZELAC,<br><br>       Counterclaim Third-Party Defendants. | No. 99-02494 AHM (Mcx)<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION OF COUNTERCLAIM DEFENDANTS PLAYMEDIA SYSTEMS, INC. AND ADVANCED MULTIMEDIA PRODUCTS TO DISMISS**<br><br>**[PROPOSED] ORDER THEREON**<br><br>**DATE:** June 14, 1999<br><br>**TIME:** 10:00 a.m.<br><br>**CTRM:** 14, Hon. A. Howard Matz |

ENTERED ON ICMS

1  The parties stipulate that the hearing currently scheduled for June 14, 1999 at 10:00 a.m. on the
2  Motion of Counterclaim Defendants PlayMedia Systems, Inc. and Advanced Multimedia Products to
3  Dismiss, shall be continued for three weeks until July 6, 1999 at 10:00 a.m. Counterclaim Plaintiff's
4  opposition papers shall be due to be filed by June 21, 1999 and any reply papers shall be due to be filed
5  by June 28, 1999.

6  May 19, 1999.                           BROWN & BAIN, P.A.

8                                          By _____
                                           Terry E. Fenzl
9                                          C. Mark Kittredge
                                           Andrew Y. Chiu
10                                         BROWN & BAIN, P.A.
                                           2901 North Central Avenue
11                                         Post Office Box 400
                                           Phoenix, Arizona 85001-0400
12
                                           Howard O. Boltz, Jr.
13                                         BRYAN CAVE, LLP
                                           120 Broadway, Suite 300
14                                         Santa Monica, California 90401-2305

15                                         Attorneys for Nullsoft, Inc.

16                                         GRADSTEIN, LUSKIN & VAN DALSEM

18                                         By _____
19                                         Henry D. Gradstein, Esq.
                                           Bruce E. Van Dalsem, Esq.
20                                         Edward J. Slizewski, Esq.
                                           GRADSTEIN, LUSKIN & VAN DALSEM
21                                         12100 Wilshire Boulevard, Suite 350
                                           Los Angeles, California 90025-7103
22
                                           Attorneys for PlayMedia Systems, Inc. and
23                                         Advanced Multimedia Products

24  IT IS SO ORDERED.
25  DATED: May 26, 1999
                                           _____
                                           A. HOWARD MATZ
26                                         United States District Judge

-2-