```
 1 | Howard O. Boltz, Jr. (#070212)
   | BRYAN CAVE, LLP
 2 | 120 Broadway, Suite 300
   | Santa Monica, California 90401-2305
 3 | Telephone: (310) 576-2100
   | Facsimile:  (310) 576-2200
 4 |
   | Terry E. Fenzl (pro hac vice)
 5 | C. Mark Kittredge (pro hac vice)
   | Andrew Y. Chiu (pro hac vice)
 6 | BROWN & BAIN, P.A.
   | Post Office Box 400
 7 | Phoenix, Arizona 85001-0400
   | Telephone: (602) 351-8000
 8 | Facsimile:  (602) 351-8516
 9 | Attorneys for Nullsoft, Inc.
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 28 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership, | No. CV 99-02494 AHM (Mcx) |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| NULLSOFT, INC., an Arizona corporation; JUSTIN FRANKEL, an individual; MP3.com, INC.; and DOES 1-10, inclusive, | **Date:** None |
| Defendants. | **Time:** None |
| NULLSOFT, INC., an Arizona corporation, | **Courtroom:** 14, Hon. A. Howard Matz |
| Counterclaim Plaintiff, | |
| vs. | |
| PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership, | |
| Counterclaim Defendants, | |
| and | |
| BRIAN LITMAN and TOMISLAV UZELAC, | |
| Counterclaim Third-Party Defendants. | |



ENTERED
CLERK, U.S. DISTRICT COURT
JUN 1 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

✓ DOCKETED
   MLD COPY PTYS
   MLD NOTICE PTYS
✓ JS-6

JUN 01 1999

ENTERED ON ICMS

It is hereby stipulated and agreed by and between the undersigned counsel for the respective parties herein that an order shall be entered dismissing this action with prejudice as to all claims and counterclaims with respect to all parties, each party to bear its own attorneys' fees and costs.

May 27, 1999.

GRADSTEIN, LUSKIN & VAN DALSEM

By _____
Bruce E. Van Dalsem

Attorneys for Plaintiffs PlayMedia Systems, Inc. and Advanced Multimedia Products

BROWN & BAIN, P.A.
and
BRYAN CAVE, LLP

By ___ATTACHED___
C. Mark Kittredge

Attorneys for Defendant Nullsoft, Inc.

COOLEY GODWARD LLP

By ___ATTACHED___
Michael G. Rhodes

Attorneys for Defendant MP3.com, Inc.

IT IS SO ORDERED:

DATED: May 28, 1999

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

38619_1

-1-

It is hereby stipulated and agreed by and between the undersigned counsel for the respective parties herein that an order shall be entered dismissing this action with prejudice as to all claims and counterclaims with respect to all parties, each party to bear its own attorneys' fees and costs.

May 27, 1999.

GRADSTEIN, LUSKIN & VAN DALSEM

By _____
   Bruce E. Van Dalsem

Attorneys for Plaintiffs PlayMedia Systems, Inc. and Advanced Multimedia Products

BROWN & BAIN, P.A.
and
BRYAN CAVE, LLP

By *[signature]*
   C. Mark Kittredge

Attorneys for Defendant Nullsoft, Inc.

COOLEY GODWARD LLP

By _____
   Michael G. Rhodes

Attorneys for Defendant MP3.com, Inc.

IT IS SO ORDERED:

DATED:

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

-1-

It is hereby stipulated and agreed by and between the undersigned counsel for the respective parties herein that an order shall be entered dismissing this action with prejudice as to all claims and counterclaims with respect to all parties, each party to bear its own attorneys' fees and costs.

May 27, 1999.

GRADSTEIN, LUSKIN & VAN DALSEM

By _____
Bruce E. Van Dalsem

Attorneys for Plaintiffs PlayMedia Systems, Inc. and Advanced Multimedia Products

BROWN & BAIN, P.A.
and
BRYAN CAVE, LLP

By _____
C. Mark Kittredge

Attorneys for Defendant Nullsoft, Inc.

COOLEY GODWARD LLP

By *[signature]*
Michael G. Rhodes

Attorneys for Defendant MP3.com, Inc.

IT IS SO ORDERED:

DATED:

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

38619_1

-1-