1 | Howard O. Boltz, Jr. (#070212)
BRYAN CAVE, LLP
2 | 120 Broadway, Suite 300
Santa Monica, California 90401-2305
3 | Telephone: (310) 576-2100
Facsimile: (310) 576-2200
4 |
Terry E. Fenzl (pro hac vice)
5 | C. Mark Kittredge (pro hac vice)
Andrew Y. Chiu (pro hac vice)
6 | BROWN & BAIN, P.A.
Post Office Box 400
7 | Phoenix, Arizona 85001-0400
Telephone: (602) 351-8000
8 | Facsimile: (602) 351-8516

9 | Attorneys for Nullsoft, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAY 28 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NULLSOFT, INC., an Arizona corporation; JUSTIN FRANKEL, an individual; MP3.com, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>NULLSOFT, INC., an Arizona corporation,<br><br>　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>PLAYMEDIA SYSTEMS, INC., a California corporation; and ADVANCED MULTIMEDIA PRODUCTS, a partnership,<br><br>　　　　Counterclaim Defendants,<br><br>and<br><br>BRIAN LITMAN and TOMISLAV UZELAC,<br><br>　　　　Counterclaim Third-Party Defendants. | No. CV 99-02494 AHM (Mcx)<br><br>**STIPULATION FOR THE DISSOLUTION OF PRELIMINARY INJUCTION AND ORDER DISSOLVING PRELIMINARY INJUNCTION**<br><br>**Date:** None<br><br>**Time:** None<br><br>**Courtroom:** 14, Hon. A. Howard Matz |

ENTERED ON ICMS
(27)

1  It is hereby stipulated and agreed by and between the undersigned counsel for the respective
2  parties that the Preliminary Injunction issued by this Court pursuant to stipulation on May 7, 1999 be
3  dissolved and of no further force or effect.
4  May 27, 1999.

GRADSTEIN, LUSKIN & VAN DALSEM

By _____[signature]_____
Bruce E. Van Dalsem

Attorneys for Plaintiffs PlayMedia Systems, Inc.
and Advanced Multimedia Products

BROWN & BAIN, P.A.
and
BRYAN CAVE, LLP

By ___ATTACHED___
C. Mark Kittredge

Attorneys for Defendant Nullsoft, Inc.

COOLEY GODWARD LLP

By ___ATTACHED___
Michael G. Rhodes

Attorneys for Defendant MP3.com, Inc.

IT IS SO ORDERED:

DATED: May 28, 1999

_____[signature]_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

38695_1

-1-

1   It is hereby stipulated and agreed by and between the undersigned counsel for the respective
2   parties that the Preliminary Injunction issued by this Court pursuant to stipulation on May 7, 1999 be
3   dissolved and of no further force or effect.
4   May 27, 1999.

GRADSTEIN, LUSKIN & VAN DALSEM

By _____
    Bruce E. Van Dalsem

Attorneys for Plaintiffs PlayMedia Systems, Inc.
and Advanced Multimedia Products

BROWN & BAIN, P.A.
and
BRYAN CAVE, LLP

By _____
    C. Mark Kittredge

Attorneys for Defendant Nullsoft, Inc.

COOLEY GODWARD LLP

By _____
    Michael G. Rhodes

Attorneys for Defendant MP3.com, Inc.

IT IS SO ORDERED:

DATED:

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

-1-

It is hereby stipulated and agreed by and between the undersigned counsel for the respective parties that the Preliminary Injunction issued by this Court pursuant to stipulation on May 7, 1999 be dissolved and of no further force or effect.

May 27, 1999.

GRADSTEIN, LUSKIN & VAN DALSEM

By _____
    Bruce E. Van Dalsem

Attorneys for Plaintiffs PlayMedia Systems, Inc. and Advanced Multimedia Products

BROWN & BAIN, P.A.
and
BRYAN CAVE, LLP

By _____
    C. Mark Kittredge

Attorneys for Defendant Nullsoft, Inc.

COOLEY GODWARD LLP

By /s/ Michael Rhodes
    Michael G. Rhodes

Attorneys for Defendant MP3.com, Inc.

IT IS SO ORDERED:

DATED:

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

38695_1

-1-